IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT ADAM DESIGNS, INC., )
)
       Plaintiff, )
)
vs. )   Case No. 9:22cv80747
)
ELIZABETH ARDEN, INC., )
)
       Defendant.     / )

## COMPLAINT

Plaintiff, SCOTT ADAM DESIGNS, INC. ("**Plaintiff**"), by and through its undersigned attorneys, for its Complaint against the Defendant, ELIZABETH ARDEN, INC. ("**Defendant**"), alleges as follows:

### OVERVIEW

1. Plaintiff sources and supplies branded promotional products for its customers. Defendant purchased in excess of $490,000.00 of branded promotional items pursuant to multiple purchase orders. Though Defendant accepted the products and has repeatedly promised to pay for them, to date, it has failed to pay Plaintiff. Plaintiff now seeks to recover the amounts owed to it through its two actions filed here: breach of contract and, alternatively, unjust enrichment.

### JURISDICTION AND VENUE

2. Plaintiff is a corporation organized under the laws of New York, with its principal place of business located at 118 East 25th Street, 11th Floor, New York, New York.

3. Defendant is a Florida Corporation with a principal place of business in Broward County, Florida.

4. Jurisdiction is proper in this Court under 28 U.S.C. § 1332(a) because complete diversity exists between the parties and the matter in controversy, exclusive of interest and costs,

1

exceeds $75,000.00.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and (2) because Defendant resides in this District and a substantial portion of the events or omissions giving rise to this action occurred in this District. Additionally, the parties' agreement contains a forum selection clause providing that disputes are to be resolved in this District.

## GENERAL ALLEGATIONS

6. On or about February 3, 2021, Defendant submitted a certain Purchase Order No. OP834356 to Plaintiff for promotional products with an agreed total purchase price of $117,006.80 (the "**First Purchase Order**"). A true and accurate copy of the First Purchase Order is attached hereto as Exhibit 1.

7. On or about July 8, 2021, Plaintiff delivered the products ordered in the First Purchase Order and provided Defendant with Invoice Numbers 0113525-IN and 0113526-IN (collectively, the "**First Invoice**"), seeking payment of the agreed upon sum of $117,006.80. A true and accurate copy of the First Invoice is attached hereto as Exhibit 2.

8. Defendant accepted the products delivered pursuant to the First Purchase Order, without complaint.

9. Defendant has failed and otherwise refused to remit any sum as payment for the items it received pursuant to the First Purchase Order as set forth in the First Invoice.

10. On or about June 23, 2021, Defendant submitted a certain Purchase Order No. OP841390 to Plaintiff for promotional products with an agreed total purchase price of $23,780.00 (the "**Second Purchase Order**"). A true and accurate copy of the Second Purchase Order is attached hereto as Exhibit 3.

11. On or about October 26, 2021, Plaintiff delivered the products ordered in the

Second Purchase Order and provided Defendant with Invoice Number 0113596-IN (the "**Second Invoice**"), seeking payment of the agreed upon sum of $23,780.00.  A true and accurate copy of the Second Invoice is attached hereto as Exhibit 4.

12. Defendant accepted the products delivered pursuant to the Second Purchase Order, without complaint.

13. Defendant has failed and otherwise refused to remit any sum as payment for the items it received pursuant to the Second Purchase Order as set forth in the Second Invoice.

14. On or about July 13, 2021, Defendant submitted a certain Purchase Order No. OP841776 to Plaintiff for promotional products with an agreed total purchase price of $185,407.90 (the "**Third Purchase Order**").  A true and accurate copy of the Third Purchase Order is attached hereto as Exhibit 5.

15. On or about October 29, 2021, Plaintiff delivered the products ordered in the Third Purchase Order and provided Defendant with Invoice Numbers 0113604-IN, 0113605-IN, 0113606-IN, and 0113607-IN (collectively, the "**Third Invoice**"), seeking payment of the agreed upon sum of $185,407.90.  A true and accurate copy of the Third Invoice is attached hereto as Exhibit 6.

16. Defendant accepted the products delivered pursuant to the Third Purchase Order, without complaint.

17. Defendant has failed and otherwise refused to remit any sum as payment for the items it received pursuant to the Third Purchase Order as set forth in the Third Invoice.

18. On or about July 21, 2021, Defendant submitted a certain Purchase Order No. OP842612 to Plaintiff for promotional products with an agreed total purchase price of $163,844.72 (the "**Fourth Purchase Order**").  A true and accurate copy of the Fourth Purchase Order is

attached hereto as Exhibit 7.

19. On or about December 25, 2021, Plaintiff delivered the products ordered in the Fourth Purchase Order and provided Defendant with Invoice Numbers 0113593-IN, 0113594-IN, and 0113595-IN (collectively, the "**Fourth Invoice**"), seeking payment of the agreed upon sum of $163,844.72. A true and accurate copy of the Fourth Invoice is attached hereto as Exhibit 8.

20. Defendant accepted the products delivered pursuant to the Fourth Purchase Order, without complaint.

21. Defendant has failed and otherwise refused to remit any sum as payment for the items it received pursuant to the Fourth Purchase Order as set forth in the Fourth Invoice.

22. Prior to the purchase order and invoices which are the subject of this Complaint, and throughout 2020 Plaintiff invoiced Defendant numerous times for products delivered. (the "2020 Invoices"). And to no surprise, the Defendant paid the 2020 invoices. Relative to the invoices attached as Exhibits hereto, Plaintiff provided a statement of the account to Defendant on April 15, 2022, a copy of which is attached hereto as Exhibit "9" (the "Statement").

## COUNT I – BREACH OF CONTRACT

23. Plaintiff restates and incorporates the allegations made in Paragraphs 1 through 22, above, as though fully stated herein.

24. The First Purchase Order, Second Purchase Order, Third Purchase Order and Fourth Purchase Order (collectively, the "**Purchase Orders**") contain the same addendum with additional terms drafted by Defendant (the "**Additional Terms**").

25. The Purchase Orders are valid and binding contracts between the parties to this action.

26. Defendant breached the Purchase Orders by failing to timely remit payment

following receipt of the products delivered by Plaintiff, as set forth above.

27. Notwithstanding Plaintiff's repeated demands for payment, Defendant has refused and otherwise failed to pay any portion of the sum due as aforesaid.

28. Plaintiff has performed all conditions on its part pursuant to the Purchase Orders.

29. Pursuant to Paragraph 13 of the Additional Terms, the prevailing party in a dispute concerning the Purchase Orders is entitled to recover its reasonable attorneys' fees and expenses.

30. By virtue of the above, the total amount due and to Plaintiff by Defendant is $490,039.42, plus, pre-judgment interest, costs, and reasonable attorneys' fees and costs incurred by Plaintiff in enforcing its rights.

WHEREFORE, Plaintiff demands judgment against Defendant in the principal amount of $490,039.42, plus, prejudgment interest, costs and reasonable attorneys' fees and costs incurred by Plaintiff and for such other and further relief as this Court deems legal and proper.

## COUNT II – UNJUST ENRICHMENT

31. Count II is pled in the alternative to Count I.

32. Plaintiff restates and incorporates the allegations pled in Paragraphs 1 through 22 as if fully stated herein.

33. Commencing in or about February of 2021 and continuing through and including December of 2021, Plaintiff, at the special instance and request of Defendant, delivered certain promotional products to Defendant.

34. Defendant accepted and retained all of the promotional products provided by Plaintiff, without complaint.

35. Plaintiff did not provide the aforesaid products to Defendant gratuitously, and intended to be paid for all items that it delivered.

36. The fair market value of the inventory provided to Defendant by Plaintiff is $490,039.42.

37. Notwithstanding Plaintiff's repeated demands for payment, Defendant has refused and otherwise failed to pay any portion of the sum due as aforesaid.

38. Permitting Defendant to retain the benefit of the promotional products provided by Plaintiff without compensating the plaintiff would be manifestly unjust.

39. By virtue of the above, there remains due and owing to Plaintiff by Defendant the sum of $490,039.42.

WHEREFORE, Plaintiff demands judgment against Defendant in the principal amount of $490,039.42 plus prejudgment interest, costs and reasonable attorneys fees and for such other and further relief as this Court deems legal and proper.

## COUNT III– ACCOUNT STATED

40. Plaintiff restates and incorporates the allegations made in Paragraphs 1 through 22, above, as though fully stated herein.

41. Based on the respective purchase order and corresponding invoices, Defendant agreed to pay Plaintiff accordingly. Before the institution of this action, Plaintiff and Defendant had business transactions between them and Plaintiff furnished Defendant with the Statement reflecting the resulting balance.

42. Defendant owes Plaintiff $490,039.42 that is due with interest on the account.

WHEREFORE, Plaintiff demands judgment against Defendant in the principal amount of $490,039.42 plus prejudgment interest, costs and reasonable attorneys fees and for such other and further relief as this Court deems legal and proper.

## COUNT IV– OPEN ACCOUNT

43. Plaintiff restates and incorporates the allegations made in Paragraphs 1 through 22, above, as though fully stated herein.

44. Before the institution of this action Plaintiff and Defendant had business transactions between them and Plaintiff furnished Defendant with the Statement reflecting the resulting balance.

45. Plaintiff rendered the Statement to Defendant, a copy being attached, and Defendant did not object to the Statement.

46. Defendant owes Plaintiff $490,039.42 that is due with interest on the account.

WHEREFORE, Plaintiff demands judgment against Defendant in the principal amount of $490,039.42 plus prejudgment interest, costs and reasonable attorneys fees and for such other and further relief as this Court deems legal and proper.

**DICKINSON WRIGHT PLLC**
350 East Las Olas Boulevard, Suite 1750 Fort Lauderdale, Florida 33301
Phone: 954-991-5420
Fax: 844-670-6009

/s/ Alan J. Perlman
Alan J. Perlman, Esq.
Florida Bar Number: 826006
aperlman@dickinsonwright.com
H. Steven Vogel, Esq.
Florida Bar No. 432784
Primary e-mail: hvogel@dickinson-wright.com

4889-5571-6639 v1 [95075-26]